UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONZEL STRINGER, | NO. CV 13-9369-DSF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 8/10/15

_____
DALE S. FISCHER
United States District Judge